IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>    Plaintiff,<br><br>  v.<br><br>WEBXCHANGE, INC.,<br><br>    Defendant.<br>                                   / | No. C 08-05149 WHA<br><br>**ORDER DENYING DEFENDANT'S REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE** |

    Good cause not shown, defendant's request to further continue the case management conference is **DENIED**.

    **IT IS SO ORDERED.**

Dated: March 18, 2009.

                                                 WILLIAM ALSUP
                                               UNITED STATES DISTRICT JUDGE